✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:17-CR-00013-013 (MTT) |
| **SHANA WALKER** | |

On November 25, 2022, the supervised release period of three (3) years commenced. Shana Walker has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Shana Walker be discharged from supervision.

Respectfully submitted,

*James O. Poe, III*
James O. Poe, III
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___15th___ day of ___May___, 2024.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE